JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FREDERICK STAVES, | Case No. CV 10-0967-CJC (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: July 19, 2010

Cormac J. Carney
United States District Judge